THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Ricky M. Pee, Appellant.
 
 
 

Appeal from Marion County
 James E. Brogdon, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-062
Submitted January 3, 2006  Filed January 26, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: Ricky M. Pee appeals his conviction for distribution of crack-cocaine, conspiracy to distribute crack-cocaine, and distribution of crack-cocaine within proximity of a school.  The trial court sentenced Pee to twenty years and a $100,000 fine for distribution of crack-cocaine, fifteen years for conspiracy to distribute crack-cocaine, and fifteen years and a $10,000 fine for distribution of crack-cocaine within proximity of a school, all sentences to be served concurrently.[1]  Pee alleges the trial court erred in admitting the crack-cocaine into evidence despite the States failure to comply with Rule 6(a)(2), SCRCrimP.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Pees appeal and grant counsels motion to be relieved.[2]
 APPEAL DISMISSED.
HEARN, C.J., and HUFF and BEATTY, JJ., concur.

[1] The trial court sentenced Pee on the distribution of crack-cocaine and conspiracy to distribute crack-cocaine charges as third offenses.
[2] We decide this case without oral argument pursuant to Rule 215, SCACR.